Emmett SPANN v. STATE. (No. 11938.) Court of Criminal Appeals of Texas. June 6, 1928. Rehearing Denied Oct 17, 1928. 

 W. C. Shoults, of Longview, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

W. C. Shoults, of Longview, for

appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary. The record is here without any statement of facts or bills of exception. The offense is correctly charged in the indictment, and is followed by the charge of the court, judgment, and sentence. No error appearing, the judgment will be affirmed.